# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR53 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| SCOTT GOFF, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on defendant's Unopposed Motion to Continue Trial (Filing No. 11). Being fully advised in the premises, and noting that the government has no objection to the same, this Court finds that said motion should be granted as set forth below.

**IT IS THEREFORE ORDERED** that the defendant's trial, presently scheduled for May 16, 2005, shall be continued until **August 1, 2005, at 8:30 a.m.** The defendant is ordered to appear at said time.

**IT IS FURTHER ORDERED** that based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 3, 2005 and August 1, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 3rd day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge